1 | **Gregory L. Spallas – SBN 129306**
**Kristi A. Nguyen – SBN 241201**
2 | PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, Tenth Floor
3 | San Francisco, California 94108
Phone: (415) 278-9400
4 | Fax:    (415) 278-9411
gspallas@psalaw.net
5 | knguyen@psalaw.net

6 | Attorneys for Defendants
WAL-MART STORES, INC. and
7 | WAL-MART ESTATE BUSINESS TRUST

8 | **Lynn Hubbard, III, Esq.**
Law Offices of Lynn Hubbard
9 | 12 Williamsburg Lane
Chico, CA 95926
10 | Phone: (530) 895-33252
Fax:    (530) 894-8244

12 | Attorneys for Plaintiff
ROBERT DODSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, | Case No.: CIV.S-05-1943 WBS JFM |
| Plaintiff, | **JOINT STIPULATION FOR CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL; COURT'S ORDER** |
| vs. | |
| WAL-MART STORES, INC., dba WAL-MART STORE #1608, WAL-MART ESTATE BUSINESS TRUST | |
| Defendants. | |

**TO ALL PARTIES AND THE COURT:**

Plaintiff ROBERT DODSOPN and defendants WAL-MART STORES, INC. and WAL-MART ESTATE BUSINESS TRUST herein, via this joint written stipulation and by and through their attorneys of record, respectfully request the Court continue the pre-trial deadlines and trial dates set forth in the Court's Order of December 5, 2005.  This extension is necessary

-1-
JOINT STIPULATION FOR CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL; COURT'S ORDER
*Dodson v. Wal-Mart Stores, Inc.,* Case No. CIV S- 05-1943 WBS JFM

PDF created with pdfFactory trial version www.pdffactory.com

1  due to the unavailability of the parties' counsel to complete pre-trial discovery and depositions
2  due to surgery scheduled for plaintiff's counsel on or about May 23, 2006.  Specifically, the
3  parties have been in negotiations over the monetary settlement and scope of necessary repairs to
4  the subject retail store and have been attempting to avoid incurring the costs attendant with
5  litigation while these settlement discussions have been occurring.  However, with the
6  approaching discovery deadline of May 31, 2006, defendants noticed the deposition of plaintiff
7  to occur on May 25, 2006.  Plaintiff also desired to conduct an expert site inspection of
8  defendants' facility.  In the course of scheduling these matters, plaintiff's counsel advised that he
9  will be unavailable during the last week of May and the first week of June due to his pending
10 surgery.  Thereafter, counsel for defendant has had longstanding plans to be out of the country
11 on vacation from June 9 until June 25, 2006.

**A.    DISCOVERY CUT-OFF**

The parties now stipulate to continue the non-expert discovery deadline from May 31, 2006 to **July 28, 2006**.

**B.    MOTION CUT-OFF**

The current deadline for the filing of all motions including dispositive motions is June 30, 2006.  The parties stipulate that the last day for all motions, including dispositive motions, to be *filed* is now **September 5, 2006.**

**C.    PRETRIAL CONFERENCE**

In light of the above continuance request, the parties request that the Court continue the pretrial conference from September 11, 2006 to **November 20, 2006 at 10:00 a.m.** in Courtroom No. 5.

**D.    TRIAL DATE**

The parties request that the court continue the trial from its current date of November 28, 2006 to **January 9, 2007.**

//
//
//

-2-
JOINT STIPULATION FOR CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL; COURT'S ORDER
*Dodson v. Wal-Mart Stores, Inc.,* Case No. CIV S- 05-1943 WBS JFM

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED:

Date: May 23, 2006                                               _____/s/
                                                                Lynn Hubbard, III
                                                                Attorney for Plaintiff
                                                                ROBERT DODSON

Date: May 23, 2006                                               _____/s/
                                                                Gregory L. Spallas
                                                                Attorney for Defendants
                                                                WAL-MART STORES, INC. and
                                                                WAL-MART ESTATE BUSINESS TRUST

## **ORDER**

Date: May 23, 2006        IT IS SO ORDERED

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-
JOINT STIPULATION FOR CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL; COURT'S ORDER
*Dodson v. Wal-Mart Stores, Inc.,* Case No. CIV S- 05-1943 WBS JFM

PDF created with pdfFactory trial version www.pdffactory.com