LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Fax:   (530) 894-8244

Attorneys for Plaintiff

GREGORY SPALLAS, SBN 129306
PHILLIPS SPALLAS & ANGSTADT
650 California Street, 10th Floor
San Francisco, CA 94108
Telephone: (415) 278-9400
Fax: (415) 278-9411

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, | Case No. CIV. S-05-01943-WBS-JFM |
| Plaintiff, | |
| v. | **REQUEST FOR DISMISSAL AND [PROPOSED] ORDER THEREON** |
| WAL-MART STORES, INCORPORATED dba WAL-MART #1608, et al, | |
| Defendant. | |

1  TO THE COURT AND ALL PARTIES:

2  Pursuant to a Settlement Agreement and Release between plaintiff, ROBERT
3  DODSON, and defendants, WAL-MART STORES, INCORPORATED dba WAL-MART
4  #1608 and WAL-MART ESTATE BUSINESS TRUST, the parties hereby request that all
5  parties be dismissed with prejudice from the above-entitled action.

7  Dated: August 7, 2006                LAW OFFICES OF LYNN HUBBARD, III

9                                        /s/ Scottlynn J Hubbard, IV
10                                       SCOTTLYNN J HUBBARD, IV
                                         Attorney for Plaintiff

12 Dated: August 2, 2006                PHILLIPS SPALLAS & ANGSTADT

14                                        /s/ Kristin Oliveria
                                         KRISTIN OLIVEIRA
15                                       Attorney for Defendants

### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-01943-WBS-JFM, is hereby dismissed with prejudice.

Dated: August 7, 2006

*William B. Shubb* (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Request for Dismissal and [Proposed] Order Thereon
- 2 -
Dodson v. Wal-Mart, et al.
CIV. S-05-01943-WBS-JFM