LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Fax:   (530) 894-8244

Attorneys for Plaintiff

GREGORY SPALLAS, SBN 129306
PHILLIPS SPALLAS & ANGSTADT
650 California Street, 10th Floor
San Francisco, CA 94108
Telephone: (415) 278-9400
Fax: (415) 278-9411

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INCORPORATED dba WAL-MART #1608, et al,<br><br>    Defendant.<br>_____ / | Case No. CIV. S-05-01943-WBS-JFM<br><br>**REQUEST FOR DISMISSAL AND [PROPOSED] ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, ROBERT DODSON, and defendants, WAL-MART STORES, INCORPORATED dba WAL-MART #1608 and WAL-MART ESTATE BUSINESS TRUST, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: August 7, 2006                LAW OFFICES OF LYNN HUBBARD, III


 /s/ Scottlynn J Hubbard, IV
SCOTTLYNN J HUBBARD, IV
Attorney for Plaintiff

Dated: August 2, 2006                PHILLIPS SPALLAS & ANGSTADT


 /s/ Kristin Oliveria
KRISTIN OLIVEIRA
Attorney for Defendants

### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-01943-WBS-JFM, is hereby dismissed with prejudice.

Dated: August 7, 2006


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE